# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC
        Plaintiff,

v.               Case No.: 1:14−cv−01638
                 Honorable Matthew F. Kennelly

Does 1−55
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2014:

   MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 3/20/2014 regarding motion for discovery [7] and continued to 4/21/2014 at 9:30 a.m. Plaintiff has until 4/10/2014 to file a supplement to the motion. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.