# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                            Plaintiff,

v.                                            Case No.: 1:14−cv−01638
                                              Honorable Matthew F. Kennelly

Does 1−55, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 8/7/2014. Motion for protective order [19], Motion to dismiss [20], and Motion to quash [21] are denied for the reasons stated in open court. The status hearing set for 8/8/2014 is vacated and reset for 10/15/2014 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.